# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

THREE RIVERS PROVIDER NETWORK, INC.,

         Plaintiff(s),

vs.

JETT INTEGRATION and JEFF OTT,

         Defendant(s).

Case #2:13-cv-01867-JCM-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

    Robert E. Barnes, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Barnes Law, LLP
(firm name)

with offices at     22631 Pacific Coast Highway, Suite 362,
(street address)

Malibu,     California,     90265,
(city)    (state)    (zip code)

310-510-6211,     robertbarnes@barneslawllp.com.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Three Rivers Provider Network, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.     That since _____April 4, 2005_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Wisconsin Supreme Court | July 26, 2001 | |
| Tennessee Supreme Court | July 25, 2002 | |
| California Supreme Court | April 4, 2005 | 235919 |
| 7th Cir. Court of Appeals | April 2004 | |
| 9th Cir. Court of Appeals | April 2004 | |
| U.S. Tax Court | April 21, 2004 | |
| 11th Cir. Court of Appeals | January 28, 2011 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None other than as stated in the Certiticate of Good Standing
from the State of Wisconsin

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/17/12 | civil rights | USDC HI | granted |
| 11/22/13 | criminal | USDC MT | denied |
| 9/24/13 | criminal | USDC SD | granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                               Petitioner's signature

STATE OF ___TN_____ )

COUNTY OF __Hamilton_____ )

Robert Barnes, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                                          _____
                                                               Petitioner's signature

Subscribed and sworn to before me this

___2___ day of ___Dec_____, 2013.

_____    E+ 00/22/2016
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Mace Yampolsky_____,
                                                                            (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____625 S. 6th Street_____,
                              (street address)

_____Las Vegas_____, _____Nevada_____, __89101__,
        (city)                      (state)          (zip code)

____702-385-9777____, ____mace@macelaw.com____.
(area code + telephone number)     (Email address)

4                                                                    Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mace Yampolsky _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1945                    Mace@macelaw.com
Bar number              Email address

APPROVED:

Dated: February 5, 2014.

_____
UNITED STATES DISTRICT JUDGE

5



# Supreme Court of Wisconsin

### OFFICE OF THE CLERK
110 E. MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688

Shirley S. Abrahamson
Chief Justice

Telephone (608) 266-1880
TTY Users: Call WI TRS at 1-800-947-3529; request (608) 266-1880
Fax (608) 267-0640
Web Site: www.wicourts.gov

A. John Voelker
Director of State Courts

Diane M. Fremgen
Clerk of Supreme Court

January 8, 2014

Bret Tollefson
7919 W. Wind Lake Road
Unit #6
Waterford, WI 53185

Re:  Certificate of Standing, Attorney Robert E. Barnes

Dear Mr. Tollefson and Interested Persons:

This letter is certification that Robert E. Barnes was admitted to the practice of law in Wisconsin on July 26, 2001 via diploma privilege upon graduation from the University of Wisconsin School of Law.  While in Good Standing with the Wisconsin State Bar, Robert E. Barnes' license was administratively suspended on October 31, 2013 for omitting to file a Wisconsin Trust Account Certificate with the Wisconsin Board of Bar Examiners.  Our records further show that Robert E. Barnes' license to practice law in Wisconsin was not suspended or revoked for disciplinary reasons.

I certify that the above information is true to my knowledge and is based upon records maintained by the Office of the Clerk.

Christopher Paulsen
Chief Deputy Clerk

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

*I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that ROBERT E. BARNES is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*Date of Enrollment: March 19, 2002*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20ᵗʰ day of December, 2013.*

Michael W. Catalano, Clerk

By: _____ D.C.

MaryBeth Lindsey

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 2, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERT EDWARD BARNES, #235919 was admitted to the practice of law in this state by the Supreme Court of California on April 4, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records